IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41032
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN MANUEL REYES-CRUZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-95-CR-191-1
- - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Juan Manuel Reyes-Cruz appeals from the denial of his motion
to dismiss the charge of illegal-reentry of an alien following
deportation that is pending against him. Reyes contends that the
Double Jeopardy Clause bars further prosecution because our
previous holding that the district court failed to ascertain a
factual basis for the entry of Reyes's guilty plea is tantamount
to a holding that the evidence was insufficient to support his
conviction.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and the briefs of the parties and we find not reversible error.  Accordingly, we affirm for essentially the reasons relied upon by the district court. *United States v. Reyes-Cruz*, No. B-95-CR-191-1 (S.D. Tex. Oct. 9, 1996).

AFFIRMED.